IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SHONTAYE GRAHAM,                    :          CIVIL ACTION
                Plaintiff,          :
                                    :
        v.                          :                    FILED
                                    :                 FEB 23 2016
CAROLYN W. COLVIN,                  :          MICHAEL E. KUNZ, Clerk
Commissioner of Social Security,    :          _____Dep. Clerk
                Defendant.          :          No. 14-3924

## ORDER

WILLIAM DITTER, JR., J.

        AND NOW, this 22ⁿᵈ day of February, 2016, upon consideration of the

plaintiff's motion for summary judgment (Doc. 10), the Commissioner's response (Doc. 12), and

plaintiff's reply (Doc. 14), and after careful review of the Report and Recommendation of United

States Chief Magistrate Judge Linda K. Caracappa, IT IS ORDERED that:

        1.      The Report and Recommendation is APPROVED and ADOPTED;

        2.      Plaintiff's Request for Review and Summary Judgment is GRANTED;

        3.      The case is REMANDED in accordance with the fourth sentence of 42
                U.S.C. Section 405(g) to the Commissioner of the Social Security
                Administration for proceedings consistent with the Report and
                Recommendation of United States Magistrate Linda K. Caracappa.

                        BY THE COURT:

                        William Ditter
                        WILLIAM DITTER, JR.
                        UNITED STATES DISTRICT JUDGE